UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE JACKSON | Case No.: 3:25-cv-00201-ART-CSD |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

On January 13, 2026, the Court ordered the parties to engage in mediation discussions for this case during the Inmate Early Mediation Conference that has been set for February 10, 2026, in Plaintiff's other cases. ECF No. 5. Mailing of that order was returned to the Court as undeliverable, noting that Plaintiff is no longer at Ely State Prison. ECF No. 6. According to the Nevada Department of Corrections inmate database, Plaintiff is now housed at High Desert State Prison. Plaintiff is reminded that he must immediately file with the Court written notification of any change of address, including moving to a new institution. Local Rule IA 3-1; *accord* ECF No. 2 at 1.

**CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that Plaintiff has **until February 16, 2026**, to file a written notice with the Court stating his current address. Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply.

IT IS FURTHER ORDERED that the Clerk of the Court must send courtesy copies of this order and the Court's January 13, 2026, minute order (ECF No. 5) to Plaintiff at High Desert State Prison.

DATED: January 15, 2026



UNITED STATES MAGISTRATE JUDGE