**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILLIE JACKSON,

      Plaintiff,

v.

STATE OF NEVADA EX REL NDOC, *et al,*

      Defendants.

Case No. 3:25-cv-00058-MMD-CLB
Case No. 3:25-cv-00046-MMD-CSD
Case No. 3:25-cv-000201-ART-CSD
Case No. 3:25-cv-000362-MMD-CSD
Case No. 3:25-cv-00066-ART-CLB
Case No. 3:25-cv-00037-MMD-CLB

**ORDER GRANTING**

STIPULATION TO DISMISS WITH PREJUDICE (as to Case No. 3:25-cv-00201-ART-CLB only)

IT IS HEREBY STIPULATED by and between Interested Party, on behalf of the Defendants named in the above-references, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heidi H. Demers, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Willie Jackson (#1262081), Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned actions shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

Page 1

The parties have resolved these matters in their entirety and agree that the Court may accordingly close the cases, with prejudice. Any outstanding deadlines are considered moot.

DATED this 10th day of February 2026.

DATED this 10th day of February 2026.

AARON D. FORD

Attorney General

WILLIE JACKSON #1262081
Plaintiff

/s/ Heidi H. Demers
Heidi H. Demers, (Bar No. 17034C)
Attorneys for Defendant

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

Dated: April 6, 2026